## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:  FOSAMAX PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1789<br>Case No. 1:06-md-1789 JFK-JCF |
| This document relates to: | Judge Keenan |
| *Attard,* 1:06-cv-13440-JFK | Magistrate Judge Francis |
| *Bard,* 1:07-cv-07212-JFK | |
| *Bergeson,* 1:06-cv-09454-JFK | |
| *Hill,* 1:07-cv-07293-JFK | |
| *Matthews,* 1:07-cv-01202-JFK | |
| _____/ | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lela M. Hollabaugh hereby enters her appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

DATED: February 7, 2008

Respectfully submitted,

s/Lela M. Hollabaugh
Lela M. Hollabaugh (TN BPR #14894)
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN  37219
Tel: 615-244-6830 / Fax: 615-244-6804
lela.hollabaugh@wallerlaw.com
Counsel for Defendant, Merck & Co., Inc.

1778873.2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 7th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic filing to all counsel on the Service List for this case. Parties may access this filing through the Court's system.

    s/Lela M. Hollabaugh
    Lela M. Hollabaugh
    Waller Lansden Dortch & Davis, LLP
    511 Union Street, Suite 2700
    Nashville, TN 37219
    Tel: 615-244-6830 / Fax: 615-244-6804
    lela.hollabaugh@wallerlaw.com

1778873.2